UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| HENRY, AUSTIN J. | ) | CASE NO. 11-12386 |
| HENRY, ANGELLA M. | ) | |
| | ) | |
| Debtor(s) | ) | Hon. Carol A. Doyle |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:    STEVEN R. RADTKE, Attorney for Trustee

Authorized to Provide    Steven R. Radtke, Trustee of the Estate of Austin J.
Professional Service to:    and Angella M. Henry

Date of Order Authorizing Employment:    February 9, 2012, retroactive to March 25, 2011

Period for Which
Compensation is Sought:    March 25, 2011 to Close of Case

Amount of Fees Sought:    $1,125.00

Amount of Expense    $33.60
Reimbursement Sought:

This is a(n):    Interim Application ___    Final Application  X__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

DATED: _____    By:  /s/ Steven R. Radtke
                                        STEVEN R. RADTKE, Trustee

STEVEN R. RADTKE
79 West Monroe Street, Suite 1305
CHICAGO, IL 60603
(312) 346-1935
HenryCvrShTrAttyAppFee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-12386 |
| AUSTIN J. HENRY and | ) | Hon. Carol A. Doyle |
| ANGELLA M. HENRY, | ) | |
| | ) | |
| | ) | |
| Debtors. | | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
THE TRUSTEE'S ATTORNEYS**

Steven R. Radtke and Chill Chill & Radtke, P.C. ("Applicants"), pursuant to §330 of Title 11, United States Code, request that this Court enter an order allowing compensation and reimbursement of expenses them as attorneys for the Trustee, and in support thereof, respectfully state as follows:

1. Debtors commenced this case on March 25, 2011 by filing a voluntary petition for relief under Chapter 7 of the Code.

2. Steven R. Radtke is the duly appointed, qualified and acting Trustee of this case.

3. On February 9, 2012, the Court entered an order authorizing the Trustee to retain Applicants as the Trustee's attorneys, retroactive to March 25, 2011. A copy of the Order Authorizing Trustee to retain Applicants as his attorneys is attached hereto as **Exhibit A.**

4. Applicants have served continuously as counsel to the Trustee since the time of their retention.

5. This is Applicants' First and Final Application for allowance of compensation and reimbursement of expenses. It covers the period from January 3, 2012 through the closing of the case. Applicants have received no compensation or reimbursement of expenses to date.

6. Among the assets of the Estate is the sum of $5,000.00 representing the proceeds from the sale of the estate's right, title and interest in Debtors' automobile and motorcycle.

7. Applicants have organized and categorized their time in connection with the case, a copy of which is attached hereto as **Exhibit B.**

8. A general description of the time expended in the various categories is as follows:

    (a) FEE/EMPLOYMENT APPLICATIONS: Time spent in this category relates to preparing and presenting the Trustee's Applications to retain attorneys and the

Trustee's preparation and presentation of the first and final fee applications for the Trustee and his attorneys.

(b) ASSET DISPOSITION: Time spent in this category relates to liquidating estate assets.

9. Applicants' time is allocated as follows:

| ACTIVITY | HOURS | COMPENSATION REQUESTED |
|---|---|---|
| Fee/Employment Applications | 1.30 | $ 487.50 |
| Asset Disposition | 1.70 | 637.50 |
| **TOTAL** | **3.00** | **$ 1,125.00** |

10. Based on the nature, extent and value of services performed by Applicants, the compensation requested is fair and reasonable and the Court should enter an order allowing the same and authorizing the Trustee to pay said fees in the amount requested.

WHEREFORE, Applicants request that the Court enter an order as follows:

A. At the hearing, allowing the first and final request for allowance of compensation to Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C., attorneys for the Trustee, in the sum of $1,125.00 plus costs advanced in the sum of $33.60 for a total allowance of $1,158.60; and

B. Granting Applicants such other and further relief as this Court shall deem proper.

**Respectfully submitted,**

By: /s/ Steven R. Radtke

Attorney ID No. 0312-4816
Steven R. Radtke
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL  60603
(312)346-1935
BakerTrAttyAppComp

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                                    )    Chapter 7
                                                         )    Case No. 11-12386
AUSTIN J. HENRY and                                      )    Hon. Carol A. Doyle
ANGELLA M. HENRY,                                        )
                                                         )
                                                         )
        Debtors.                                         )

**Affidavit Pursuant to Rule 2016**

State of Illinois     )
County of Cook        )

    I, STEVEN R. RADTKE, being first duly sworn on oath, deposes and states as follows:

1.    I am a principal in Chill, Chill & Radtke, P.C. and am authorized to execute this affidavit on behalf of Chill, Chill & Radtke, P.C.

2.    I have read the First and Final Application for Allowance for Compensation and Expenses to the Trustee's Attorneys ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3.    I have made no arrangements for a division of compensation received or to be received herein directly or indirectly nor does any understanding exist between myself or any other person, except that I am a principal at Chill, Chill & Radtke, P.C. a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation of services rendered in connection with this case.

4.    Further Affiant sayeth not.

_____
Steven R. Radtke

Subscribed and sworn to
before me this 9th day
of July, 2012

_____
Notary Public

SOCORRO CHAVEZ
MY COMMISSION EXPIRES
MARCH 11, 2014

HenryTrAttyFeeApp

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-12386 |
| AUSTIN J. HENRY and | ) | |
| ANGELLA M. HENRY, | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEYS

THIS CAUSE comes before this Court on the Trustee's Application to Employ Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C. as attorneys for Trustee and the supporting affidavit of Steven R. Radtke; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Steven R. Radtke, as trustee of the estate of Austin J. Henry and Angella M. Henry, Debtors, is authorized to employ Steven R. Radtke and the law firm of Chill, Chill & Radtke, P.C. to act as counsel for the Trustee, retroactive to March 25, 2011, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 09, 2012

**Prepared by:**

Steven R. Radtke
Chill, Chill & Radtke, P.C.
79 West Monroe Street
Suite 1305
Chicago, IL 60603
(312) 346-1935
Attorney ID No. 0312-4816

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 11-12386 |
| AUSTIN J. HENRY and | ) | Hon. Carol A. Doyle |
| ANGELLA M. HENRY, | ) | |
| | ) | |
| | ) | |
| Debtors. | | |

## TIME SCHEDULE OF STEVEN R. RADTKE

### SUMMARY

| | |
|---|---|
| Fee/Employment Applications | $ 487.50 |
| Asset Disposition | 637.50 |
| **TOTAL** | $ 1,125.00 |
| **Costs Advanced:** | $ 33.60 |
| **TOTAL FEES AND COSTS:** | $ 1,158.60 |

**EXHIBIT B**

July 9, 2012

Steven R. Radtke, Trustee
Austin J.& Angella M.Henry,Debtors
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

   RE:  EMPLOYMENT/FEE APPLICATIONS - B01
       Bankruptcy Estate of Austin J. & Angella M.
       Henry, Debtors
       Chapter 7; Case No. 11-12386; Filed 03/25/2011
       Henry, A&A-B01 - #1095

**Professional services**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/2/12 | Draft motion to employ attorneys for trustee, affidavit and order. | 0.50<br>375.00/hr | 187.50 |
| 2/9/12 | Court Appearance regarding motion to employ attorneys for Trustee. | 0.10<br>375.00/hr | 37.50 |
| 3/19/12 | Prepare first and final application for allowance of fees and reimbursement of expenses to the Trustee's attorneys | 0.70<br>375.00/hr | 262.50 |
| | For professional services rendered | 1.30 | **$487.50** |
| | Balance due | | **$487.50** |

July 5, 2012

Steven R. Radtke, Trustee
Austin J.& Angella M.Henry, Debtors
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

RE: ASSET DISPOSITION - B02
Bankruptcy Estate of Austin J. & Angella M.
Henry, Debtors
Chapter 7; Case No. 11-12386; Filed 03/25/11
Henry, A&A - B02 - #1096

**Professional services**

| | Hrs/Rate | Amount |
|---|---|---|
| 2/14/12 Draft Trustee's application to sell estate's interest in vehicles | 1.00 375.00/hr | 375.00 |
| 3/6/12 Court Appearance regarding motion to sell estate's right, title and interest in vehicles | 0.50 375.00/hr | 187.50 |
| 3/8/12 Letter to Debtors' attorney enclosing copy of Judge Doyle's Order entered March 6, 2012 and fully executed Bill of Sale | 0.20 375.00/hr | 75.00 |
| For professional services rendered | 1.70 | $637.50 |
| Balance due | | $637.50 |

July 5, 2012

Steven R. Radtke, Trustee
Austin J.& Angella M. Henry,Debtors
CHILL, CHILL & RADTKE, P.C.
79 West Monroe Street, Suite 1305
Chicago IL 60603

    RE:  COSTS ADVANCED - B24
         Bankruptcy Estate of Austin J. & Angela M. Henry, Debtors
         Chapter 7; Case No. 2011-12386; Filed 03/25/11
         Henry, A&A - B24 - #1132

**Additional charges:**

|  | **Amount** |
|---|---:|
| 2/14/12 Mailing out Trustee's Application to Sell Estate's Interest in Vehicles to Debtors (postage 32 x $0.45= $14.40; copies 160 x $0.10= $16.00; envelopes 32 x $0.10 = $3.20) | 33.60 |
| Total costs | $33.60 |
| Balance due | $33.60 |