# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| AUSTIN J. HENRY | § | Case No. 11-12386 |
| ANGELLA M. HENRY | § § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on August 30, 2012
in Courtroom 742, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____Kenneth S. Gardner_____
                                        Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN J. HENRY | § | Case No. 11-12386 |
| ANGELLA M. HENRY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.01 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.00 | $ 0.00 | $ 3.00 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 33.60 | $ 0.00 | $ 33.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,411.60 |
| Remaining Balance | $ 2,588.41 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,070.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 576.71 | $ 0.00 | $ 576.71 |
| 2 | City Of Evanston | $ 494.12 | $ 0.00 | $ 494.12 |

    Total to be paid to timely general unsecured creditors      $ 1,070.83

    Remaining Balance      $ 1,517.58

Tardily filed claims of general (unsecured) creditors totaling $ 6,409.34 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 23.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | N. A. Capital One Bank (Usa) | $ 1,045.83 | $ 0.00 | $ 247.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Citifinancial, Inc | $ 5,363.51 | $ 0.00 | $ 1,269.95 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 1,517.58 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 11-12386-CAD
Austin J. Henry                                                     Chapter 7
Angella M. Henry
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0752-1           User: lhuley                 Page 1 of 3                   Date Rcvd: Aug 01, 2012
                               Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
db/jdb        +Austin J. Henry,    Angella M. Henry,    1001 Brown Ave.,    Evanston, IL 60202-1012
17015514      +Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
17015515      +Bank of America Home Loans,    Countrywide,    450 AmricanSt.,    Simi Valley, CA 93065-6285
17015516      +Capital One,   PO Box 85167,    Richmond, VA 23285-5167
19054756       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17015517      +Chadwick's,   PO Box 182125,    Columbus, OH 43218-2125
17015518      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
17015520      +Children's Memorial Hospital,    PO Box 4066,    Carol Stream, IL 60197-4066
19076975       CitiFinancial, Inc,    P.O. Box 6042,    Sioux Fall, SD 57117-6042
17015521      +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
17015522      +City of Chicago,    121 N. LaSalle   #107,    Chicago, IL 60602-1232
17015523      +City of Evanston,    2100 Ridge Ave, Room 4400,    Evanston, IL 60201-2798
17015524      +Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
17015526      +GEB/Old Navy,    PO Box 965005,    Orlando, FL 32896-5005
17015527      +GMAC,   Box 780,    Waterloo, IA 50704-0780
17015528      +LaRedoute,   PO Box 182125,    Columbus, OH 43218-2125
17015529      +Medical Recovery Specialists,    2250 E Devon Ave,    Des Plaines, IL 60018-4519
17015530      +Merchants Credit Guide,    223 W Jackson Blv,    Suite 900,    Chicago, IL 60606-6912
17015533      +Northshore Univ Healthsystem,    Hospital Billing,    23056 Network Place,    Chicago, IL 60673-1230
17015532      +Northshore Univ Healthsystem,    9851 Eagle Way,    Chicago, IL 60678-1098
17015534      +Northshore Univ Healthsystem Medical Grp,    9532 Eagle Way,    Chicago, IL 60678-1095
17015535      +Northshore University Healthsystem Hospi,    23056 Network Place,    Chicago, IL 60673-1230
17015536      +Northshore University Healthsystem Medic,    9532 Eagle Way,    Chicago, IL 60678-1095
17015538       Resurrection Healthcare/St. Francis,    355 Ridge Ave.,    Chicago, IL 60602
17015539      +Resurrection Healthcare/St.Francis,    355 Ridge Ave.,    Evanston, IL 60202-3328
17015540      +Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
17015541      +The Children's Place,    PO Box 6497,    Sioux Falls, SD 57117-6497
17015543      +Victoria's Secret,    PO Box 182125,    Columbus, OH 43218-2125
17015544      +World Financial Network Bank,    PO Box 182125,    Columbus, OH 43218-2125
17015545      +World Financial Network Bank,    PO Box 182789,    Columbus, OH 43218-2789
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18111496       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 03:42:01
                American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
17015525      +E-mail/Text: bknotice@erccollections.com Aug 02 2012 04:43:40      Enhanced Recovery Co LLC,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17015537      +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Aug 02 2012 03:18:31      Northwest Collectors,
                3601 Algonquin Rd,    Suite 232,    Rolling Meadows, IL 60008-3143
17015542      +E-mail/Text: bnc@ursi.com Aug 02 2012 03:17:52      United Recovery Systems LP,    PO Box 722910,
                Houston, IL 77272-2910
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17015519*     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
17015531*     +Merchants Credit Guide,    223 W Jackson Blv,    Suite 900,    Chicago, IL 60606-6912
17015546*     +World Financial Network Bank,    PO Box 182789,    Columbus, OH 43218-2789
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: lhuley                Page 2 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                     **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1           User: lhuley                Page 3 of 3                  Date Rcvd: Aug 01, 2012
                               Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:

         Marc D Sherman   on behalf of Debtor Austin Henry marc@mshermanlawoffice.com,
          info@mshermanlawoffice.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
         Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                                                    TOTAL: 4