UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AUSTIN J. HENRY | § | Case No. 11-12386 |
| ANGELLA M. HENRY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on          . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/STEVEN R. RADTKE_____
                                                                                             Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loans Countrywide 450 AmricanSt. Simi Valley, CA 93065 |  |  |  |  |  |
|  | GMAC Box 780 Waterloo, IA 50704 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Capital One PO Box 85167 Richmond, VA 23285 | | | | | |
| | Chadwick's PO Box 182125 Columbus, OH 43218 | | | | | |
| | Chase Bank USA PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Children's Memorial Hospital PO Box 4066 Carol Stream, IL 60197 | | | | | |
| | Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | | | | |
| | City of Chicago 121 N. LaSalle #107 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Evanston 2010 Ridge Ave. #1300 Evanston, IL 60201 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197 | | | | | |
| | Enhanced Recovery Co LLC 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | GEB/Old Navy PO Box 965005 Orlando, FL 32896 | | | | | |
| | LaRedoute PO Box 182125 Columbus, OH 43218 | | | | | |
| | Medical Recovery Specialists 2250 E Devon Ave Des Plaines, IL 60018 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blv Suite 900 Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blv Suite 900 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northshore Univ Healthsystem 9851 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore Univ Healthsystem Hospital Billing 23056 Network Place Chicago, IL 60673 | | | | | |
| | Northshore Univ Healthsystem Medical Grp 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore University Healthsystem Hospi 23056 Network Place Chicago, IL 60673 | | | | | |
| | Northshore University Healthsystem Medic 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Suite 232 Rolling Meadows, IL 60008 | | | | | |
| | Resurrection Healthcare/St. Francis 355 Ridge Ave. Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurrection Healthcare/St.Francis 355 Ridge Ave. Evanston, IL 60202 | | | | | |
| | Target National Bank PO Box 660170 Dallas, TX 75266 | | | | | |
| | The Children's Place PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | United Recovery Systems LP PO Box 722910 Houston, IL 77272 | | | | | |
| | Victoria's Secret PO Box 182125 Columbus, OH 43218 | | | | | |
| | World Financial Network Bank PO Box 182125 Columbus, OH 43218 | | | | | |
| | World Financial Network Bank PO Box 182789 Columbus, OH 43218 | | | | | |
| | World Financial Network Bank PO Box 182789 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | | | | | |
| 2 | City Of Evanston | | | | | |
| 4 | Citifinancial, Inc | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-12386 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | AUSTIN J. HENRY | | | | Date Filed (f) or Converted (c): | 03/25/2011 (f) |
| | ANGELLA M. HENRY | | | | 341(a) Meeting Date: | 05/09/2011 |
| For Period Ending: | 10/12/2012 | | | | Claims Bar Date: | 02/15/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1001 Brown Ave., Evanston, IL 60602 | 135,000.00 | 0.00 | OA | 0.00 | FA |
| 2. In Debtor's possession, amount varies | 150.00 | 150.00 | OA | 0.00 | FA |
| 3. JP Morgan Chase, 3152664063 | 50.00 | 50.00 | OA | 0.00 | FA |
| 4. Bank of America, Checking, 005308136935 | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 5. Misc. items of used household goods and furnishings having n | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 6. Misc. adult and children's clothing having no known resale v | 500.00 | 500.00 | OA | 0.00 | FA |
| 7. Employer related 401K plan, maintained at ING Direct | 14,000.00 | 14,000.00 | OA | 0.00 | FA |
| 8. 2000 GMC Yukon auto, poor condition | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 9. Automobile and motorcycle (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $156,200.00 $17,200.00 $5,000.01 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

In negotiations for sale of trustee's right, title and interest in vehicles. awaiting debtor's proceeds and then will file motion to approve sale.; vehicles sold; need to check claims and prepare final report; TFR prepared; needs final review then send to UST Reviewer

RE PROP #  9  --  This was included in Statement of Financial Affairs as property held for another. Motion to sell Trustee's right title and interest will be filed soon.

Initial Projected Date of Final Report (TFR): 05/31/2013     Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-12386 | Trustee Name: STEVEN R. RADTKE |
| Case Name: AUSTIN J. HENRY | Bank Name: Associated Bank |
| ANGELLA M. HENRY | Account Number/CD#: XXXXXX0161 |
| | Checking |
| Taxpayer ID No: XX-XXX9792 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx0548 | Transfer of Funds | 9999-000 | $5,000.01 | | $5,000.01 |
| 09/05/12 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,750.01 |
| 09/05/12 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.00 | $3,747.01 |
| 09/05/12 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,125.00 | $2,622.01 |
| 09/05/12 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $33.60 | $2,588.41 |
| 09/05/12 | 1005 | American Infosource Lp As Agent For Target<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $576.71 | $2,011.70 |
| 09/05/12 | 1006 | City Of Evanston<br>2100 Ridge Ave, Room 4400<br>Evanston, Il 60201 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $494.12 | $1,517.58 |

Page Subtotals: $5,000.01  $3,482.43

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-12386 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | AUSTIN J. HENRY | Bank Name: | Associated Bank |
|  | ANGELLA M. HENRY | Account Number/CD#: | XXXXXX0161 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9792 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2012 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/12 | 1007 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 23.68 % per court order. | 7200-000 |  | $247.63 | $1,269.95 |
| 09/05/12 | 1008 | Citifinancial, Inc<br>P.O. Box 6042<br>Sioux Fall, Sd 57117-6042 | Final distribution to claim 4 representing a payment of 23.68 % per court order. | 7200-000 |  | $1,269.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,000.01 | $5,000.01 |
| Less: Bank Transfers/CD's | $5,000.01 | $0.00 |
| Subtotal | $0.00 | $5,000.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $5,000.01 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*  Page Subtotals:  $0.00  $1,517.58

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-12386 | Trustee Name: STEVEN R. RADTKE |
| Case Name: AUSTIN J. HENRY | Bank Name: Bank of America |
| ANGELLA M. HENRY | Account Number/CD#: XXXXXX0535 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX9792 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/12 | 9 | Marc D Sherman & Associates, P.C. IOLTA Account 3700 W. Devon Avenue, Suite E Lincolnwood, IL 60712 | Proceeds of Sale of Automobile and Motorcycle | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/21/12 | INT | Bank of America | Post accrued interest for account number 4437830535. | 1270-000 | $0.01 | | $5,000.01 |
| 03/21/12 | | Transfer to Acct # xxxxxx0548 | Transfer of Funds from MMA account xxx0535 to Checking account xxx0548 | 9999-000 | | $5,000.01 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $5,000.01 | $5,000.01 |
| Less: Bank Transfers/CD's | $0.00 | $5,000.01 |
| Subtotal | $5,000.01 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.01 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page Subtotals:   $5,000.01   $5,000.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-12386 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | AUSTIN J. HENRY | Bank Name: | Bank of America |
|  | ANGELLA M. HENRY | Account Number/CD#: | XXXXXX0548 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX9792 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2012 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/12 |  | Transfer from Acct # xxxxxx0535 | Transfer of Funds from MMA account xxx0535 to Checking account xxx0548 | 9999-000 | $5,000.01 |  | $5,000.01 |
| 08/31/12 |  | Transfer to Acct # xxxxxx0161 | Transfer of Funds | 9999-000 |  | $5,000.01 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $5,000.01 | $5,000.01 |
| Less: Bank Transfers/CD's | $5,000.01 | $5,000.01 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $5,000.01 $5,000.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-12386
Case Name: AUSTIN J. HENRY
           ANGELLA M. HENRY

Trustee Name: STEVEN R. RADTKE
Bank Name: Bank of America
Account Number/CD#: XXXXXX1084
Checking

Taxpayer ID No: XX-XXX9792
For Period Ending: 10/12/2012

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Transactions |  |  |  |  | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00  $0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0161 - Checking | $0.00 | $5,000.01 | $0.00 |
| XXXXXX0535 - Money Market Account | $5,000.01 | $0.00 | $0.00 |
| XXXXXX0548 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX1084 - Checking | $0.00 | $0.00 | $0.00 |
| | $5,000.01 | $5,000.01 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $5,000.01 |
| **Total Gross Receipts:** | $5,000.01 |

Page Subtotals:    $0.00    $0.00